UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

OCT 26 2023 PM 1:48
FILED-USDC-CT-HARTFORD

STEPHEN C. MCCULLOUGH  )

V.  )   Case No: 23-cv-01367-KAD

TOWN OF ROCKY HILL  )

**DISCLOSURE STATEMENT** (Rule 7.1)

The plaintiff hereby claims that he is no such parent corporation nor publicly held corporation owning 10% or more of its stock.

DATE: 10/26/23

_____
Stephen C. McCullough
Pro Se

I hereby certify that plaintiff has sent a copy of the foregoing by first-class mail to defendant's attorney at:

Pullman & Comley LLC
850 Main St
P.O. Box 7006
Bridgeport, CT 06601-7006

DATE: 10/26/23

_____
Stephen C. McCullough