## UNITED STATES DISTRICT COURT

### FOR THE

### DISTRICT OF CONNECTICUT


NOV 2 2023 PM 2:47
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| STEPHEN C. MCCULLOUGH | ) | |
| V. | ) | Case No: 3:23-cv-01367-KAD |
| TOWN OF ROCKY HILL | ) | |

### MOTION TO EXTEND TIME ON JUDGES ORDER

The plaintiff hereby requests the Court to extend time for plaintiff to file his amended complaint from November 2, 2023 until November 8, 2023 and postpone its decision on subject matter jurisdiction until then. This is in regards to Judge Dooley's order at the end of the day on October 27, 2023. Plaintiff never received this order by mail but found out in person at the clerk's office at the end of the day on November 1, 2023.

Since plaintiff's last pleading, new facts need to enter including the newly discovered time of tax collector's recording of the deed, and auction winner's eviction summons served on the plaintiff on November 1, 2023. The case is very evolved and complex. In addition, plaintiff has a matter to address at New Britain Superior Court during the interim time.

November 8, 2023 also occurs on the 21–day deadline afforded by F.R.C.P. 15(a)(1)(A) regarding amendments to pleadings.

DATE: 11/2/23

_____
Stephen C. McCullough
Pro Se

I hereby certify that plaintiff has sent a copy of the foregoing by first-class mail to defendant's attorney at:

Pullman & Comley LLC
850 Main St
P.O. Box 7006
Bridgeport, CT 06601-7006

DATE: 11/2/23

_____
Stephen C. McCullough