

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

STEPHEN C. MCCULLOUGH           )

V.                                       )      Case No: 3:23-cv-01367-KAD

TOWN OF ROCKY HILL             )

## MOTION TO EXTEND TIME ON JUDGES FINAL ORDER

The plaintiff hereby requests the Court to extend time for plaintiff to file his amended complaint from November 8, 2023 until November 17, 2023 and postpone its decision on subject matter jurisdiction until then. This motion is based on: 1) unforeseen and exceptional circumstances 2) lack of notice that this was judge's final extension 3) recently discovered law that needs to be addressed 4) the minimum adequate time required to complete a sufficient amendment now that a disabled senior plaintiff who relies on public ADA transportation now has three different cases in three different courts all related to the same issues. This is in regards to Judge Dooley's order at the end of the day on November 8, 2023. November 17 will be 30 days after the date of the original pleading filed on October 18.

Plaintiff was preparing a ten page pleading that needed to filed, on November 6, in the fifth floor library of the New Britain Superior Court (HHB-CV23-5033551-S); it is a substitute complaint of just declaratory relief contesting the amount of taxes and other

1

fees owed. It is related, but slightly then this complaint which is contesting the rights to his home property and illegal transfer. Without any prior notice, as normally stated on the Connecticut judicial Law Library website or on the door to the library, the librarian came in with only a few minutes notice that she was closing the library (early that afternoon), and threatened to call the marshal's if plaintiff did not leave quickly. It caused me to rush and file the pleading with some mistakes and omissions, including a packet of exhibits that numbers about 40 pages. Plaintiff is making corrections and inclusions as soon as possible on this matter at present. Further, since plaintiff is contesting the constitutionality of two Connecticut statutes, *Connecticut Civil Pretrial Practice* LexisNexis, has stated the Supreme Court recommends that not only notice, but a motion to cite in the Attorney General in that action as well.

In addition, plaintiff has to file an appearance on Monday November 13, on a Summary Eviction Summons in Hartford Housing Court (HFH-CV23-6027467-S) filed by the alleged auction buyer of his home, which is the subject of this federal action.

In addition, with the help of additional law librarians at Hartford and UConn, plaintiff has discovered additional legal issues he needs to address in an amended complaint – namely 28 U.S.C. $1341 which effects subject matter jurisdiction. Plaintiff will show facts how that does not apply, and that there is no plain, speedy efficient remedy possible in State Court, if he were to prevail, that would protect plaintiff's property before eviction. There are also other newly discovered legal issues as well, since the last pleading, that need addressing, that plaintiff did not foresee.

Plaintiff has been spending 12 hours per day, six days a week, on these matters, at the Hartford Law Library, New Britain law Library, and then the UConn Law Library

until 10:00 at night – which is now closed to non-students on Sundays since COVID. Plaintiff relies on the ADA Paratransit for transportation, which always needs to be booked a day in advance by 5:00pm; unforeseen circumstances cannot usually be remedied same day   Meanwhile, paper filing requires trips to clerk's offices in three different locations.

Plaintiff does not yet have a PACER account.  He has regularly called the federal clerks in both Bridgeport and Hartford for updates on any entries to this file.  The last five phone calls, the clerks have stated that the last action was the judge extending time to November 8; but none of them has stated that the deadline will not be further extended absent unforeseen and exceptional circumstances.  The plaintiff has not yet received any notice by mail on that order.  Plaintiff only found out by appearing at the clerk's office in Hartford today at 2:00pm today, November 8.

There simply has not been adequate time to make the November 8 deadline, although plaintiff underestimated the required time in prior requests for additional time. Plaintiff claims good cause exists due to exceptional and unforeseen circumstances.

DATE: 11/8/23

Stephen C. McCullough
Plaintiff, Pro Se

3

I hereby certify that plaintiff has sent a copy of the foregoing by first-class mail to defendant's attorney at:

Pullman & Comley LLC
850 Main St
P.O. Box 7006
Bridgeport, CT 06601-7006

DATE: 11/8/23

Stephen C. McCullough
Plaintiff, Pro Se

4