

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN C. MCCULLOUGH )  )   V. ) Case No: 3:23-cv-01367-KAD  )   TOWN OF ROCKY HILL )  ) | |

**MOTION TO POSTPONE JUDGE'S DECISION**

The plaintiff hereby requests the Court to postpone its decision on Magistrate Judge's recommended ruling through December 8, 2023, and allow plaintiff to file an amended objection to magistrate's recommendation and amended complaint on that date. The plaintiff, who does not have electronic filing, did file a timely objection to the magistrate's recommendation on November 28, 2023. This motion is based on: 1) newly discovered and decided information in the U.S. Supreme Court case of *Tyler v. Hennepin County* 598 U.S. ____ (2023) that was decided on May 25, 2023; 2) the defendant attorney's memorandum filed on November 30, 2023 which is not specifically authorized by the F.R.C.P.; and 3) the disabled plaintiff's illness during the full week of the Thanksgiving holiday that resulted in a lack of completeness in his objection and small but vital omissions in his amended complaint that was about to be filed.

The *Tyler v. Hennepin County* 598 U.S. \_\_\_\_ (2023), is not the recently discovered law plaintiff referred to in a prior pleading. This case involves a homeowner's tax sale, with some of the same issues similar to the plaintiff's, where the U.S. Supreme Court reversed the Court of Appeals, and District Court decisions, and ruled that the County violated the Takings Clause of the 5th amendment utilizing the "arising under" clause of Article III to invoke, instead of the requiring the confining elements of $1983. It ruled that the defendant "could not use the toehold of the tax debt to confiscate more property than was due." This is similar to the tax collector confiscating ~$71,000 when only ~$21,000 was due in this matter. Plaintiff is continuing to read and analyze the matter at present.

The defendant attorney's memorandum filed on 11/30/23, not specifically authorized by the F.R.C.P., because plaintiff's objection was not part of a motion; it contains false claims and facts, and misleading statements that need to be addressed. This case is a very complex matter, which goes back eleven years, and is primarily an abuse of process, abuse of power matter, involving fraud, perjury, and racketeering. The defendant is masquerading it as a tax case, in order to avoid criminal and civil liability.

The plaintiff, who is a disabled senior citizen (receives SSI) has worked diligently everyday on this matter, except one week around Thanksgiving when coming down with flu-like symptoms. This reduced my output greatly to less than half, and created omissions right before it was due, and unable to file an amendment complaint concurrently. The assigned deadline for all amended pleadings is December 17, 2023.

This plaintiff cites good cause as to needing until the end of the week to adequately amend and address the issues in his objection and complaint.

Dated this 4th day of December, 2023

_____
Stephen C. McCullough
Plaintiff, Pro Se

## CERTIFICATION

I hereby certify that plaintiff has sent a copy of the foregoing by first-class mail to defendant's attorney at:

Pullman & Comley LLC
850 Main St
P.O. Box 7006
Bridgeport, CT 06601-7006

Dated this 4th day of December, 2023

_____
Stephen C. McCullough
Plaintiff, Pro Se