UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * *    *
STEPHEN C. McCULLOUGH        *  CIVIL ACTION
                             *  NO. 3:23-cv-01367-KAD
            Plaintiff        *
                             *  COURT: THE HONORABLE
    V.                       *  KARI A. DOOLEY
                             *
TOWN OF ROCKY HILL           *
                             *
            Defendant        *  JANUARY 8, 2024
                             *
* * * * * * * * * * * * *    *
```

## REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES

The Defendant TOWN OF ROCKY HILL submits this memorandum in reply to the objection and supplemental objection of the Plaintiff STEPHEN C. McCULLOUGH to the Defendant's motion for attorney's fees.

As required by Connecticut General Statutes § 12-157(i), the Town previously deposited the auction's excess proceeds with the Superior Court for distribution. The Town has properly claimed a portion of those excess funds to recoup its additional legal fees incurred to defeat the Plaintiff's state and federal lawsuits under Connecticut General Statutes § 12-140. The Town has submitted to this Court a statement of its defense fees incurred in this Court to assist the state court's adjudication of the fees incurred here as part of that distribution award.

The Town has not asked this Court to consider any legal fees incurred in connection with anything other than the Town's successful defense of this federal litigation.

1

THE DEFENDANT
                                        TOWN OF ROCKY HILL

By:    /s/
       Adam J. Cohen, Esq. ct416041
       Pullman & Comley, LLC
       850 Main Street
       P.O. Box 7006
       Bridgeport, CT 06601-7006
       (203) 330-2000


## **CERTIFICATION**

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to Steven C. McCullough at 140 Hayes Road, Rocky Hill, CT 06067

                                   /s/
                            Adam J. Cohen




2

Active/77032.3/AJC/15055769v1