# United States District Court for the District of Connecticut

Case Number: 3:23-cv-01367-KAD

McCullough, Stephen C.

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

Town of Rocky Hill

*List the full name(s) of the defendant(s)/respondent(s)*

**NOTICE OF APPEAL**

FILED-USDC-CT-HARTFORD SEP 18 2024 PM 3:18

Notice is hereby given that Plaintiff Stephen C. McCullough in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

*\*List the names of all parties who are filing an appeal*

☐ final judgment entered in this action on _____
   *Date Entered*

OR

☒ order #( 40 ) entered in this action on 08/19/24 described as:
   *Date Entered*

Order on Motion for Attorey Fees
$2669.50 for defendant

*(Provide a brief description of the decision in the order/judgment)*

09/18/24
*Date*

*Signature*

McCullough, Stephen, C
*Name (Last, First, MI)*

140 Hayes Rd, Rocky Hill, CT 06067
*Address*   *City*   *State*

860 478 5024         steviemcc1@yahoo.com
*Telephone*          *E-mail Address (if available)*

*\*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.*

**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22