UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

MAR 7 2025 PM4:06
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| STEPHEN C. MCCULLOUGH | ) | |
| V. | ) | Case No: 3:23-cv-01367-KAD |
| TOWN OF ROCKY HILL | ) | |

**MOTION FOR EXTENSION OF TIME**

The plaintiff hereby requests the Court to extend time for plaintiff to file an objection to motion for attorney's fees, 21 days, from March 7, 2025, to March 28, 2025. This is due to recent required and numerous filings and hearing in Connecticut Housing Court HFH-CV24-6030117-S & HFH-CV24-6031415-S, Appellate Court AC 48503, and Federal Court 3:25-CV-00330-OAW, and briefing due in Appellate Court on March 24, 2025. Further, there have been duplication of attorney charges in previous filings.

DATE: March 7, 2025

Stephen C. McCullough
Plaintiff, Pro Se

1

CERTIFICATION

I hereby certify that plaintiff has sent a copy of the foregoing by first-class mail to defendant's attorney at:

Pullman & Comley LLC
850 Main St
P.O. Box 7006
Bridgeport, CT 06601-7006

DATE: March 7, 2025

Stephen C. McCullough
Plaintiff, Pro Se